

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00357-CV

| | | |
|---|---|---|
| GRIFFIN PARC RESIDENTIAL ASSOCIATION, INC., Appellant | § | On Appeal from the 158th District Court |
| | § | of Denton County (17-3380-158) |
| V. | § | April 25, 2019 |
| JOHN C. KING, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We render judgment that Griffin Parc Residential Association, Inc.'s sending of the notice of the 2016 annual maintenance assessment did not violate the provisions of Section 362(a)(4) of the United States Bankruptcy Code.

It is further ordered that Appellee John C. King shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel